# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1544
Lower Tribunal No. 2010-CF-016123-A-O

_____

PATRICK E. AUGUSTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Greg A. Tynan, Judge.

March 17, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Patrick E. Auguste, Milton, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED